Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
William C. Wright (WW 2213)
bwright@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:   (212) 292-5391

Brian Igel (BI 4574)
bigel@bilawfirm.com
BELLIZIO + IGEL PLLC
One Grand Central Place
305 Madison Avenue, 40th Floor
New York, New York 10165
Telephone:   (212) 873-0250
Facsimile:   (646) 395-1585
*Attorneys for Plaintiff*
*Off-White LLC*

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/18/19

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

OFF-WHITE LLC,
*Plaintiff*

V.

5HK5584, *et al.,*
*Defendants*

**CIVIL ACTION No.**
**19-cv-672 (RA)**

1

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Off-White, LLC ("Off-White" or "Plaintiff"), by their undersigned attorneys, hereby give notice of dismissal of all claims against Defendant dearpanda in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

Dated: June 24, 2019 Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY:  _____

Ashly E. Sands (AS 7715)
asands@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorney for Plaintiff*
*Off-White LLC*

**It is so ORDERED.**

Signed at New York, NY on _____ _____, 2019.

_____

Judge Ronnie Abrams
United States District Judge

2