**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 5/28/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OFF-WHITE LLC,<br><br>      Plaintiff,<br><br>    v.<br><br>5HK5584 *et al.*,<br><br>      Defendants. | No.  19-CV-672 (RA) |
| OFF-WHITE LLC,<br><br>      Plaintiff,<br><br>    v.<br><br>BAODING SPRINGRU TRADE CO., LTD. *et al.*,<br><br>      Defendants. | No.  19-CV-674 (RA) |
| OFF-WHITE LLC,<br><br>      Plaintiff,<br><br>    v.<br><br>ADAGIO *et al.*,<br><br>      Defendants. | No.  19-CV-676 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On October 17, 2019, the Court granted a default judgment against the remaining Defendants in each of these three actions. The cases were subsequently referred to Magistrate Judge Cott for an inquest on damages. On April 3, 2020, Judge Cott issued a Report & Recommendation ("Report") in each action regarding damages and other relief sought. That same day, Plaintiff served a copy of each Report on the Defendants in the respective cases. However, according to the certificates of service filed by Plaintiff in No. 19-CV-672 and No. 19-CV-676, Plaintiff did not serve the Report on Defendants khhetehsn, simplebuy2588, and vintage-fashion-store in No. 19-CV-672, *see* Dkt. 55, or on Defendants daily_deal, dreamerday, dreamycelina, dugate20, internationalcai, newest007, shopcjy and wjhchina in No. 19-CV-676, *see* Dkt. 63.

No later than June 4, 2020, Plaintiff shall advise the Court on its position as to whether the Court may adopt the Report with respect to the Defendants who have not been served with Judge Cott's Report, and thus not given an opportunity to object to it, and the legal basis for that position. *See* Fed. R. Civ. P. 72(b).

SO ORDERED.

Dated:   May 28, 2020
         New York, New York

Ronnie Abrams
United States District Judge