```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/10/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OFF-WHITE LLC,<br><br>      Plaintiff,<br><br>    v.<br><br>5HK5584 *et al.*,<br><br>      Defendants. | No. 19-CV-672 (RA) |
| OFF-WHITE LLC,<br><br>      Plaintiff,<br><br>    v.<br><br>BAODING SPRINGRU TRADE CO., LTD. *et al.*,<br><br>      Defendants. | No. 19-CV-674 (RA) |
| OFF-WHITE LLC,<br><br>      Plaintiff,<br><br>    v.<br><br>ADAGIO *et al.*,<br><br>      Defendants. | No. 19-CV-676 (RA)<br><br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On October 17, 2019, the Court granted Plaintiff a default judgment against the Defendants in each of these three actions. On June 8, 2020, the Court awarded Plaintiff statutory damages, in addition to the other relief sought, pursuant to Judge Cott's recommendations. No later than June 15, 2020, for each of these cases, Plaintiff shall submit an amended proposed final default judgment order, which should accurately reflect the Court's final judgment.

SO ORDERED.

Dated:   June 10, 2020
         New York, New York

_____
Ronnie Abrams
United States District Judge